UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Peter Meyers,<br><br>           Plaintiff,<br><br>vs.<br><br>Gwinnett County, et al,<br><br>           Defendant. | CIVIL ACTION FILE<br><br>NO. 1:14-cv-66-WBH |

**J U D G M E N T**

This action having come before the court, Honorable Willis B. Hunt, Jr., United States District Judge, for consideration of Defendants' motions for summary judgment, and the Court having granted said motions, it is

**Ordered and Adjudged** that judgment is entered in favor of Defendants and against Plaintiff for costs of action, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 13th day of December, 2016.

                                        JAMES N. HATTEN
                                        CLERK OF COURT


                                   By:  s/Debbie Burkhaltert
                                        Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
   December 13, 2016
James N. Hatten
Clerk of Court

By:  s/Debbie Burkhalter
       Deputy Clerk