UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PETER MEYER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GWINNETT COUNTY, et al.,<br><br>　　　　　Defendants. | CIVIL ACTION FILE<br><br>NO.  1:14-CV-0066-WBH |

## O R D E R

The mandate of the United States Court of Appeals having been read and considered, it is

**Ordered and Adjudged** that the mandate of the United States Court of Appeals be and it hereby is made the judgment of this Court.

Dated at Atlanta, Georgia this _____ day of _____, 2017.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE