IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PETER MEYER )<br>)<br>    Plaintiff )<br>) CASE NO.: 1:14-cv-00066-WBH<br>)<br>v. )<br>)<br>GWINNETT COUNTY, et al., )<br>)<br>    Defendants. ) **JURY TRIAL DEMANDED**<br>) | |

## CERTIFICATE OF SERVICE

This is to certify that I have, this day, served counsel for the opposing party in the foregoing matter with a copy of the Plaintiff's First Request for Interrogatories by forwarding a copy of same by U.S. Mail, with adequate postage thereon, addressed to:

La Petite Academy, Inc.
c/o Freeman Mathis & Gary LLP
100 Galleria Parkway #1600
Atlanta, GA 30339
Attention: Shaun Daugherty, Esq.

Gwinnett County & Jennifer Richter, nee Roberts
c/o O'quinn & Cronin, LLC
103 Keys Ferry Street
McDonough, Georgia 30253
Attention: Michael A. O'quinn, Esq.

**Kirk Basone**
**c/o The Slomka Firm, P.C.**
**2859 Paces Ferry Road**
**SE Suite 1700**
**Atlanta, GA 30339**
**Attention: Howard Slomka, Esq.**

This 19th day of March, 2018.

/s/Thomas Reynolds, Jr., Esq.
Thomas Reynolds, Jr., Esq.
Georgia State Bar No.: 778864
3390 Peachtree Road, Suite 1100
Atlanta, GA 30326
P: 404-464-9942
F: 888-677-1453
