**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **PETER MEYER** ) | |
| ) | |
|    **Plaintiff** ) | |
| ) | CASE NO.: 1:14-cv-00066-ELR |
| ) | |
| v. ) | |
| ) | |
| **GWINNETT COUNTY, et al.,** ) | |
| ) | |
|    **Defendants.** ) | **JURY TRIAL DEMANDED** |
| ) | |

## 5.4 CERTIFICATE OF DISCOVERY

COMES NOW, PETER MEYER, Plaintiff in the above-captioned matter, by and through his counsel of record, and pursuant to Rule 5.4 of the Local Rules of the Northern District of Georgia, hereby shows that on March 21, 2018, the following amended discovery documents were served upon all Defendants:

- Plaintiff Peter Meyer's Amended First Requests for Production of Documents

- Plaintiff Peter Meyer's Amended First Interrogatories

- Plaintiff Peter Meyer's Amended First Requests for Admission

<u>/s/Thomas Reynolds, Jr., Esq.</u>
Thomas Reynolds, Jr., Esq.
Georgia State Bar No.: 778864
3390 Peachtree Road, Suite 1100
Atlanta, GA 30326
P: 888-665-0241
F: 888-677-1453

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **PETER MEYER** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | **CASE NO.: 1:14-cv-00066-ELR** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **GWINNETT COUNTY, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | **JURY TRIAL DEMANDED** |
| | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have, this day, served counsel for all interested parties of record in the foregoing matter with a copy of the 5.4 Certificate of Discovery by electronic submission via the cm/ecf electronic filing system.

This 21st day of March, 2018.

/s/Thomas Reynolds, Jr., Esq.
Thomas Reynolds, Jr., Esq.
Georgia State Bar No.: 778864
3390 Peachtree Road, Suite 1100
Atlanta, GA 30326
P: 888-665-0241
F: 888-677-1453