# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **PETER MEYER,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| **vs.** | : Civil Action No. **1:14-CV-00066-ELR** |
| | : |
| **GWINNETT COUNTY, et al.** | : |
| | : |
| **Defendants.** | : |

## CERTIFICATE OF SERVICE

This will hereby certify that I, the undersigned, have this day served the foregoing DEFENDANT GWINNETT COUNTY'S RESPONSES TO PLAINTIFF'S AMENDED FIRST REQUEST OF ADMISSIONS by depositing a true copy of same in the U.S. Mail, postage prepaid, addressed to:

Thomas Reynolds, Jr.
The Reynolds Law Group, LLC
200 Peachtree Street, Suite 215
Atlanta, GA 30303

Shaun M. Daugherty
Freeman, Mathis & Gary, LLP
100 Galleria Parkway
Suite 1600
Atlanta, GA 30339-5948

Howard P. Slomka
The Slomka Law Firm, P.C.
1069 Spring Street, NW, 2nd Floor, Suite 200
Atlanta, GA 30309

This 18th day of April, 2018.

                              **O'QUINN & CRONIN, LLC**

                              */s/ Michael A. O'Quinn*
                              Michael A. O'Quinn
                              Georgia Bar No. 553056
                              Attorneys for Appellees
                              Gwinnett County,
                              Gwinnett County Police Department, and
                              Jennifer Roberts

P.O. Box 1257
McDonough, Georgia 30253
(770) 898-0333
(770) 898-0330 Facsimile