**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| PETER MEYER, | * | |
| Plaintiff, | * | |
| v. | * | 1:14-CV-00066-ELR |
| GWINNETT COUNTY, *et al.*, | * | |
| Defendants. | * | |

_____

**O R D E R**

_____

On July 9, 2018, Plaintiff Peter Meyer and Defendants Gwinnett County, Jennifer Roberts, and La Petite Academy filed a Joint Motion to Extend Time to File Pre Trial Order [Doc. 156].[1]  Specifically, the parties request that the Court extend the time to submit their consolidated Pretrial Order to July 16, 2018.

For good cause shown, the Court **GRANTS** the parties' Joint Motion to Extend Time to File Pre Trial Order [Doc. 156].

**SO ORDERED**, this 12th day of July, 2018.

Eleanor L. Ross
United States District Judge
Northern District of Georgia

---

[1] Defendant Kurt Basone's counsel notified the Court by e-mail correspondence of Defendant Basone's consent to extend the deadline on July 11, 2018.  Accordingly, all parties consented to the requested extension of time.