# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

PETER MEYER,

     Plaintiff,

     v.

GWINNETT COUNTY, et al.,

     Defendants.

1:14-CV-00066-ELR

## **VERDICT FORM**

We the jury find in response to the following question:

Was Peter Meyer so unsound of mind or so diminished in mental capacity for at least twelve (12) days of the three (3) weeks immediately following his release from jail that he was incapable of managing the ordinary affairs of his life?

X    Yes

Or

_____    No

William S. Smith
Foreperson (print name)

*[signature]*
Foreperson (signature)

7/17/19
Date